| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-15469-AMC

HOWARD  BEALE  
3060 WENTLING SCHOOLHOUSE ROAD  
EAST GREENVILLE  PA     18041

Petition Filed Date: 08/17/2018  
341 Hearing Date: 09/28/2018  
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $317.00 | 17860016248 | 02/15/2019 | $317.00 | 17888842864 | 03/18/2019 | $468.00 | 17836628267 |
| 04/16/2019 | $51.00 | 17836676604 | 04/16/2019 | $417.00 | 17836676596 | 06/18/2019 | $468.00 | 2490184 Wm M |
| 07/18/2019 | $468.00 | WILLIAM 2492 | 07/24/2019 | $468.00 | 208404706224 | 08/26/2019 | $468.00 | 25576799545 |
| 09/20/2019 | $468.00 | 20855402689 | 10/30/2019 | $468.00 | 208586791590 | 11/20/2019 | $468.00 | 17906079064 |
| 01/02/2020 | $468.00 | 19056660429 | 01/24/2020 | $468.00 | 1666698390 | 02/21/2020 | $468.00 | 19056660166 |
| 04/02/2020 | $468.00 | 19054940286 | 04/30/2020 | $468.00 | 19062166386 | 05/22/2020 | $468.00 | 19104139367 |
| 07/10/2020 | $468.00 | 19089808315 | 07/31/2020 | $468.00 | 19089257850 | | | |

**Total Receipts for the Period:  $8,590.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,858.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $469.08 | $0.00 | $469.08 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $15,466.82 | $6,359.52 | $9,107.30 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $797.65 | $0.00 | $797.65 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $1,458.31 | $0.00 | $1,458.31 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Unsecured Creditors | $4,065.86 | $0.00 | $4,065.86 |
| 6 | BRAD J SADEK ESQ<br>»» 006 | Attorney Fees | $2,190.00 | $2,190.00 | $0.00 |

**Chapter 13 Case No. 18-15469-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $9,858.00 | Current Monthly Payment: | $468.00 |
| Paid to Claims: | $8,549.52 | Arrearages: | $0.00 |
| Paid to Trustee: | $887.28 | Total Plan Base: | $27,174.00 |
| Funds on Hand: | $421.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.