| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-15469-AMC

HOWARD  BEALE
3060 WENTLING SCHOOLHOUSE ROAD
EAST GREENVILLE  PA     18041

Petition Filed Date: 08/17/2018
341 Hearing Date: 09/28/2018
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $468.00 | 19056660429 | 01/24/2020 | $468.00 | 1666698390 | 02/21/2020 | $468.00 | 19056660166 |
| 04/02/2020 | $468.00 | 19054940286 | 04/30/2020 | $468.00 | 19062166386 | 05/22/2020 | $468.00 | 19104139367 |
| 07/10/2020 | $468.00 | 19089808315 | 07/31/2020 | $468.00 | 19089257850 | 10/02/2020 | $468.00 | 17906236343 |
| 10/14/2020 | $468.00 | 2515293 | 10/30/2020 | $468.00 | 19162585535 | 01/14/2021 | $468.00 | 19202888773 |
| 02/11/2021 | $468.00 | 19202888941 | 03/10/2021 | $468.00 | 19186535571 | 04/09/2021 | $468.00 | 19226552903 |

**Total Receipts for the Period: $7,020.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,134.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $469.08 | $0.00 | $469.08 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $15,466.82 | $9,827.40 | $5,639.42 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $797.65 | $0.00 | $797.65 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $1,458.31 | $0.00 | $1,458.31 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Unsecured Creditors | $4,065.86 | $0.00 | $4,065.86 |
| 6 | BRAD J SADEK ESQ<br>»» 006 | Attorney Fees | $2,190.00 | $2,190.00 | $0.00 |

**Chapter 13 Case No. 18-15469-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,134.00 | Current Monthly Payment: | $468.00 |
| Paid to Claims: | $12,017.40 | Arrearages: | $1,404.00 |
| Paid to Trustee: | $1,116.60 | Total Plan Base: | $27,174.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.